# DISTRICT COURT OF THE VIRGIN ISLANDS

# DIVISION OF ST. CROIX

| | |
|---|---|
| CHRISTIAN C. HENDRICKS, TRUSTEE OF THE CHRISTIAN HENDRICKS TRUST, | |
| Plaintiff, | 2005-CV-0093 |
| v. | |
| MTM BUILDER/DEVELOPER, INC., and DEAN F. MOREHOUSE, | |
| Defendants. | |

TO:  Lee J. Rohn, Esq.
     Alan R. Feuerstein, Esq.
     Paula D. Norkaitis, Esq.

## ORDER REGARDING MOTIONS TO QUASH

THIS MATTER came before the Court upon Motions to Quash and For a Protective Order (Docket Nos. 111 and 112), filed by Attorney Flavie E. Logie, and Motion to Quash Subpoena Duces Tecum (Docket No. 113), filed by Plaintiff. The time for filing responses to said motions has expired.

In her motions, Attorney Flavia E. Logie states that she has represented The Christian Hendricks Trust in various matters pursuant to her services being retained by Michael Boyce in his capacity as agent of Christian C. Hendricks, Trustee of The Christian Hendricks Trust. The two motions are identical and copies of the subpoenas at issue are

*Hendricks v. MTM Builder/Developer, Inc.*
2005-CV-0093
Order
Page 2

not attached; however, the Court notes that, according to the record, Defendant Dean F. Morehouse filed notices of subpoenas issued to both Michael Boyce (Docket No. 97) and Flavia Logie, Esq. (Docket No. 100). In the absence of any opposition from Defendant Morehouse, the Court finds that the documents sought by the subpoenas issued to Michael Boyce and Flavie Logie, Esq., are protected from being produced by the attorney-client and work product privileges. The Court will grant the said motions to quash.

Plaintiff's motion concerns the subpoena issued to Michael Boyce. As Plaintiff does not purport to represent Michael Boyce, he lacks standing to object to said subpoena. Moreover, the Court has determined that the subpoena issued to Michael Boyce should be quashed.

Accordingly, it is now hereby **ORDERED**:

1. Motion to Quash and For a Protective Order (Docket No. 111), filed by Attorney Flavie E. Logie, is **GRANTED**.

2. Motion to Quash and For a Protective Order (Docket No. 112), filed by Attorney Flavie E. Logie, is **GRANTED**.

3. Plaintiff's Motion to Quash Subpoena Duces Tecum (Docket No. 113) is **DENIED**.

ENTER:

*Hendricks v. MTM Builder/Developer, Inc.*
2005-CV-0093
Order
Page 3

Dated: February 13, 2008                                          /s/
                                                         GEORGE W. CANNON, JR.
                                                         U.S. MAGISTRATE JUDGE